FILED'03 MAR 24 12:43 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ARLENE GALDAMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 00-1768-JE |
| | ) | |
| v. | ) | VERDICT |
| | ) | |
| JOHN POTTER, Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |

We, the jury, being duly impaneled and sworn to try the above-entitled case, do find our verdict as follows:

1. Has Plaintiff Arlene Graves (Galdamez) established by a preponderance of the evidence that her national origin was a motivating factor in any adverse employment action on the part of her supervisors that affected the terms and conditions of her employment while she was the postmaster in Willamina?

Yes_____   No __✗__

1 - VERDICT

If your answer to Question 1 is yes, please answer Question 2 indicating which of Ms. Grave's supervisors you found intentionally discriminated against her on the basis of her national origin. If your answer is "no," your verdict is for defendant, and you should not answer any more questions.

2.

    a. Did James Bogroff intentionally discriminate against Ms. Graves because of her national origin?

    Yes\_\_\_\_\_    No_____

    b. Did William Jackson intentionally discriminate against Ms. Graves because of her national origin?

    Yes\_\_\_\_\_    No_____

    c. Did John Fusco intentionally discriminate against Ms. Graves because of her national origin?

    Yes\_\_\_\_\_    No_____

Go to question 3.

    3. What is the amount of damages that Plaintiff Arlene Graves should recover from defendant Postal Service?

    $_____

2 - VERDICT

When you have unanimously agreed on the answers on the verdict form, your presiding juror should sign the verdict form and contact the bailiff.

DATED this 24 day of March, 2003.

_____
Presiding Juror

3 - VERDICT

We, the jury in the case of Saldamez (Graves) v Potter (US Postal Service) feel compelled to include the following statement as a matter of public record with our verdict:

We are unanimous in ~~agreement agreeing~~ agreeing that Ms. Graves' supervisors at the United States Postal Service subjected Ms. Graves to adverse employment action that affected the terms and conditions of Ms. Graves' employment while she was the postmaster in Willamina.

Jury Foreman: Jim Tettett
3/24/2003