FILED'06 MAY 26 16:39USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ARLENE GALDAMEZ,**

          Plaintiff,          CV. 00-1768-PK

   v.                         **VERDICT**

**JOHN POTTER**, Postmaster General,

          Defendant.

---

We, the jury, find:

1. Has Plaintiff proved by a preponderance of the evidence that she was subjected to a hostile work environment while Postmaster in Willamina based on her race or national origin?

        Yes __X__       No _____

If your answer to Question 1 is "Yes", then go to Question 2. If your answer to Question 1 is "No," then skip Question Nos. 2 and 3 and have your presiding juror sign this Verdict.

1 - VERDICT

2. Has Plaintiff proved by a preponderance of the evidence that the Defendant or a member of Defendant's management knew or should have known of the hostile work environment based on race or national origin and failed to take prompt, effective remedial action reasonably calculated to end the hostile work environment?

Yes __X__    No_____

If your answer to Question 2 is "Yes," then go to Question 3. If your answer to Question 2 is "No," then skip Question 3 and have your presiding juror sign this Verdict.

3. Under the law as given to you in these instructions, state the amount of damages Plaintiff should be awarded from Defendant.

Compensatory damages        $ 250,000.00

DATED this 26th day of May, 2006.       PJP / 5/30/06

_____
Presiding Juror

2 - VERDICT